## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2942 | **DATE** | 5/29/2008 |
| **CASE TITLE** | 36 Capital Group   vs   Anthony Demasi | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion [68] for leave to withdraw as counel is granted.
This cause is **dismissed** without prejudice.

[Docketing to mail notice]

00:04

| | Courtroom Deputy | GDS |
|---|---|---|